1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

11

KENI MEYER,

Case No. 13-cv-03727 NC

12

Plaintiff,

**ORDER REFERRING CASE TO
ADR UNIT FOR ASSESSMENT
TELEPHONE CONFERENCE**

13

v.

14

WELLS FARGO BANK, N.A.,

Re: Dkt. No. 1

15

Defendant.

16

17      Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this

18  foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

19  conference to assess this case's suitability for mediation or a settlement conference.

20  Plaintiff and Defendants' counsel shall participate in a telephone conference, to be

21  scheduled by the ADR Unit as soon as possible but no later than September 19, 2013.

22      Plaintiff and Defendants' counsel shall be prepared to discuss the following subjects:

23      (1)   Identification and description of claims and alleged defects in loan documents.

24      (2)   Prospects for loan modification.

25      (3)   Prospects for settlement.

26      The parties need not submit written materials to the ADR Unit for the telephone

27  conference.

28  //

1    In preparation for the telephone conference, Plaintiff shall do the following:

2    (1)    Review relevant loan documents and investigate the claims to determine

3 whether they have merit.

4    (2)    If Plaintiff is seeking a loan modification to resolve all or some of the claims,

5 Plaintiff shall prepare a current, accurate financial statement and gather all of the

6 information and documents customarily needed to support a loan modification request.

7 Further, Plaintiff shall immediately notify Defendants' counsel of the request for a loan

8 modification.

9    (3)    Provide counsel for Defendants with information necessary to evaluate the

10 prospects for loan modification, in the form of a financial statement, worksheet or

11 application customarily used by financial institutions.

12

13    In preparation for the telephone conference, counsel for Defendants shall do the

14 following:

15    (1)    If Defendants are unable or unwilling to do a loan modification after receiving

16 notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that

17 effect.

18    (2)    Arrange for a representative of each Defendant with full settlement authority to

19 participate in the telephone conference.

20    The ADR Unit will notify the parties of the date and time the telephone conference

21 will be held.  After the telephone conference, the ADR Unit will advise the Court of its

22 recommendation for further ADR proceedings.

23

24    IT IS SO ORDERED.

25    Date: August 19, 2013

26    Nathanael M. Cousins
   United States Magistrate Judge

27

28

Case No. 13-cv-03727 NC
ORDER REFERRING CASE TO ADR
UNIT                                    2