IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENI MEYER,

    Plaintiff,

  v.

WELLS FARGO BANK,

    Defendant.

No. C 13-03727 WHA

**ORDER TO SHOW CAUSE RE BANKRUPTCY AND RE JUDICIAL NOTICE**

Good cause shown, defendant's request for judicial notice of plaintiff's 2013 chapter 7 voluntary bankruptcy petition and summary of schedules is **GRANTED**.

Plaintiff is ordered to show cause by **OCTOBER 24, 2013, AT NOON,** why this action should not be dismissed for lack of standing. The schedules attached to plaintiff's 2013 chapter 7 voluntary bankruptcy petition do not list plaintiff's causes of action against defendant. The *commencement* of a bankruptcy case creates a bankruptcy estate that holds all legal and equitable interests in a person's assets. 11 U.S.C. 541(a). Any unscheduled assets, including claims for relief, are permanently held by the bankruptcy estate at the close of the proceedings. *Cusano v. Klein*, 264 F.3d 936, 945-46 (9th Cir. 2001).

**IT IS SO ORDERED.**

Dated: October 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE