IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENI MEYER,

    Plaintiff,

  v.

WELLS FARGO BANK,

    Defendant.

No. C 13-03727 WHA

**ORDER TO SHOW CAUSE**

Plaintiff should have filed an opposition or statement of non-opposition to defendant's motion to dismiss by September 3, 2013, but failed to do so (Dkt. No. 6). Plaintiff also should have filed a reply brief in response to defendant's opposition to plaintiff's motion to remand by October 10, 2013 (Dkt. No. 14). Again, plaintiff has not yet filed the reply brief. It is now mid-November.

Plaintiff has until **NOVEMBER 22, 2013, AT NOON**, to file an opposition to defendant's motion to dismiss and a reply brief in response to defendant's opposition to plaintiff's motion to remand. This order notes that failure to follow a district court's local rules is grounds for dismissal. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

**IT IS SO ORDERED.**

Dated: November 19, 2013.

                WILLIAM ALSUP
                UNITED STATES DISTRICT JUDGE