IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENI MEYER,

    Plaintiff,

v.

WELLS FARGO BANK,

    Defendant.

No. C 13-03727 WHA

**ORDER RE FAILURE TO FOLLOW LOCAL RULES**

Plaintiff filed a motion for leave to file an amended complaint on December 26, 2013. Plaintiff's counsel was informed that motions must be noticed for hearing on a 35-day calendar. Civil Local Rule 7–2. It has been over two weeks, and plaintiff has still not noticed the motion. She must do so by **JANUARY 17, 2014, AT NOON**.

Plaintiff is warned that failure to follow the local rules may result in the dismissal of her action. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).

**IT IS SO ORDERED.**

Dated: January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE