IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENI MEYER, | |
| Plaintiff, | No. C 13-03727 WHA |
| v. | |
| WELLS FARGO BANK, N.A., | **JUDGMENT** |
| Defendant. | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE